# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN MICHAEL SENEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-20-1203-HE |
| ) | |
| S.R. GRANT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Sean Michael Seney, a federal prisoner appearing *pro se*, filed this petition for habeas relief under 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell has issued a Report and Recommendation recommending that the petition be denied.

The Report advised petitioner of his right to object to the Report by May 3, 2021. Petitioner has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #15]. Petitioner's petition is **DENIED**. The court also concludes that a certificate of appealability should not issue because petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**.

Dated this 19th day of May, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE